65 A.3d 291

**COMMONWEALTH of Pennsylvania in the Court of Common Pleas of the County of Philadelphia, Pennsylvania, Criminal Division, Respondents**

v.

**Geary MYERS, Petitioner.**

**No. 219 EM 2012.**

Supreme Court of Pennsylvania.

April 9, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**